

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00549-CR

Monica Jamie **LARA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 631019
Honorable Melissa Vara, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: April 27, 2022

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both appellant and her attorney. *See* TEX. R. APP. P. 42.2(a). Therefore, we grant the motion and dismiss the appeal. *See id.*

PER CURIAM

DO NOT PUBLISH